IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

ROBERT F. BURY,                   )
                                        )
          Plaintiff,              )    TC-MD 120182N
                                        )
      v.                         )
                                        )
DEPARTMENT OF REVENUE,     )
State of Oregon,                )
                                        )
          Defendant.          )    **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss for lack of prosecution.

Defendant filed a Motion to Dismiss on June 5, 2012, requesting dismissal because Plaintiff

failed to appeal within the 90 days required by ORS 305.280(2). A case management conference

was held in this matter on July 11, 2012, during which the parties discussed Plaintiff's appeal

and Defendant's Motion to Dismiss. Plaintiff's authorized representative requested that Plaintiff

be allowed time to pay the deficiency in full and continue with his appeal under ORS 305.280(3).

On July 13, 2012, the court issued an Order stating:

> "Within 30 days of the date of this Order, Plaintiff shall provide the court with
> proof, if any, of his payment of the deficiency assessed for the 2007 tax year.
> Plaintiff's failure to provide such proof within 30 days of the date of this Order
> will result in dismissal of Plaintiff's appeal."

As of the date of this Order, the court has not received proof that Plaintiff paid the deficiency

assessed for the 2007 tax year, or any other communication from Plaintiff. Under such

circumstances, Plaintiff's appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

DECISION OF DISMISSAL  TC-MD 120182N                              1

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of August 2012.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on August 23, 2012. The Court filed and entered this document on August 23, 2012.*